### 18620.  POLK v. THE STATE.

BROYLES, C. J.  The verdict was authorized by the evidence, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed.  Luke, J., concurs.  Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Cutting and removing timber; from city court of Summerville —Judge Neal.  October 5, 1927.

*C. D. Rivers,* for plaintiff in error.

*J. F. Kelly, solicitor, M. Neil Andrews,* contra.

---

Criminal Law, 16 C. J. p. 1180, n. 74.
Trespass, 38 Cyc. p. 1189, n. 82.